**DISMISS and Opinion Filed May 23, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-11-01486-CV**

**EDITH BETH GRUBAUGH, Appellant**
**V.**
**JOSE ALMANZA GOMEZ AND TESCO CORPORATION, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-07002**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

Before the Court is the parties' agreed motion to dismiss. The parties informed the Court they have settled their differences. Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

111486F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EDITH BETH GRUBAUGH, Appellant

No. 05-11-01486-CV     V.

JOSE ALMANZA GOMEZ AND TESCO
CORPORATION, Appellees

On Appeal from the 68th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-09-07002.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellees, JOSE ALMANZA GOMEZ AND TESCO CORPORATION, recover their costs of this appeal from appellant, EDITH BETH GRUBAUGH.

Judgment entered May 23, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE